**Order filed February 27, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00861-CV
_____

### DAVID GOAD, Appellant

### V.

### HANCOCK BANK F/K/A PEOPLES FIRST COMMUNITY BANK, Appellee

---

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1030735**

---

## O R D E R

The notice of appeal in this case was filed September 27, 2013. The clerk's record was filed October 18, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the remainder of the filing fee due, $55.00, to the Clerk of this court on or before **March 14, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the remainder of the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM